UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IMAGE ORTHODONTICS and CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>　　　　　Defendants. | No. 2:17-cv-2284-MCE-EFB PS<br><br><br>ORDER |

On April 29, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 29, 2019, ECF No. 4, are ADOPTED in full; and
2. This action is DISMISSED, and the Clerk of the Court is directed to close this case. See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

IT IS SO ORDERED.

DATED: February 5, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE